CLAYTON H. JONES, Respondent, v. KAUFMAN & MINTEER, INC., Appellant.— In an action to recover damages for injury to person and property, the jury rendered a verdict for $7,500 in favor of plaintiff. Defendant appeals from the judgment entered thereon and from so much of an order as denied its motion to set aside the verdict. Judgment and order insofar as appealed from unanimously affirmed, with costs. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ.